IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

**CONSOLIDATED**

| | | |
|---|---|---|
| IN THE MATTER OF DANAOS SHIPPING CO. LTD. AND SPEEDCARRIER (NO. 3) CORP. AS OWNERS AND/OR OPERATORS OF THE M/V STRIDE EXONERATION FROM OR LIMITATION OF LIABILITY | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **CIVIL ACTION NO. 4:24-CV-02540**<br>**FRCP 9(h) – ADMIRALTY** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| IN THE MATTER OF THE COMPLAINT AND PETITION OF TIMTOM LAND HOLDINGS, LLC AS OWNER OF THE M/V JACQUES-IMO, SHAMROCK MARINE, LLC AS OWNER OF THE T/B SHAMROCK 500 AND BUFFALO MARINE SERVICE INC. AS OWNER PRO HAC VICE OF THE M/V JACQUES-IMO AN T/B SHAMROCK 500 IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **CIVIL ACTION NO. 4:24-CV-02568**<br>**FRCP 9(h) – ADMIRALTY** |

## AMENDED NOTICE OF FOREIGN LAW PURSUANT TO FED. R. CIV. P. 44.1

COMES NOW claimant COSCO (Cayman) Mercury Co. Ltd. ("COSCO Cayman"), through their attorneys ROYSTON, RAYZOR, VICKERY & WILLIAMS, LLP, and files this, its Amended Notice of Foreign Law pursuant to Fed. R. Civ. P. 44.1. COSCO Cayman *may* raise issues of foreign law, namely of English law with respect to the interpretation of the Time Charter Party Agreement for the M/V *Stride* (the "Vessel") entered into between COSCO Cayman, time charterer, and Speedcarrier (No. 3) Corp., owner, and/or dealings between such parties relating thereto or thereunder, *inter alia,* and with respect to the sub-charterparty agreement for the Vessel entered into between COSCO Cayman and COSCO Shipping Lines Co. Ltd. and/or dealings

between such parties relating thereto or thereunder, *inter alia*, as set out in the May 28, 2026

Declaration of Nicholas Woo of Birketts, attached hereto as **Exhibit A**.

Respectfully submitted,

By:     */s/ Richard A. Branca*
    Richard A. Branca
    State Bar No. 24067177
    Federal I.D. No. 828076
    Andrew D. Florence
    State Bar No. 24142900
    Federal I.D. No. 3928372
    ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.
    1415 Louisiana Street, Suite 4200
    Houston, Texas 77002
    Telephone: 713-224-8380
    Facsimile: 713-225-9945
    richard.branca@roystonlaw.com
    andrew.florence@roystonlaw.com

    ***Attorneys for Claimant***
    ***Cosco (Cayman) Mercury Co. Ltd.***

## CERTIFICATE OF SERVICE

I certify that on this 29th day of May 2026, a true and correct copy of the foregoing document was served on all parties of record by either ECF, facsimile transmission, certified mail, regular mail and/or electronic transmission.

*/s/ Richard A. Branca*
Richard A. Branca